**Opinion issued July 12, 2016**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-16-00527-CR

_____

### IN RE TYRONE COOK, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Tyrone Cook, has filed a petition for writ of mandamus claiming that the trial court has not ruled upon certain pro se filings by relator.[1] We **deny** the petition.

---

[1]     Relator identifies the underlying case as cause number 1371129-A in the 182nd District Court of Harris County, Texas.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).